UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.: |
| ) | |
| Plaintiff ) | **CORPORATION DISCLOSURE** |
| ) | **STATEMENT** |
| vs. ) | |
| ) | |
| **Denis Hebert** ) | |
| ) | **04-40265** |
| Defendant ) | |
| ) | |

**Pursuant to LR, D. Mass 7.3**, the filing party, Comcast of Massachusetts III, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts III, Inc., is a Delaware Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts III, Inc. is wholly owned by Comcast Cable Communications Holdings, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Local Counsel,

12/22/04
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

Page    1