%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Denis Hebert

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-40265

TO: (Name and address of Defendant)

Denis Hebert
84 Catherine Street
Gardner, MA 01440

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  12/27/04

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

01/06/2005

I hereby certify and return that on 01/04/2005 at 03:20pm I served a true and attested copy of the Summons & Complaint for Violations of 47 U.S.C. Sec. 553, Civil Cover Sheet, Corporation Disclosure Statement, Case Coversheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of DENIS HEBERT, by delivering in hand to SHEILA HEBERT, WIFE at 84 CATHERINE ST, GARDNER, MA and by mailing first class mail to the above address on 01/06/2005. Fees: Service 20.00, Travel 22.94, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00, Total Fees: $60.44

Deputy Sheriff Stephen E Cormier

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.