**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Worcester)**

| | | |
|---|---|---|
| **Comcast of Massachusetts III, Inc.,** | ) | Case No.: 04-40265 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | |
| | ) | **WITHOUT PREJUDICE** |
| **Denis Hebert** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Plaintiff in this action and hereby gives Notice to this Court, that pursuant to Rule 41(a)(1)(I) of the Fed. R. Civ. P., the Plaintiff dismisses, without prejudice, the Defendant Denis Hebert from the above-referenced action.

                                            Respectfully Submitted for the Plaintiff,
                                            AT&T CSC, Inc.
                                            By Its Attorney,

| | |
|---|---|
|    4/22/05 | __/s/ John M. McLaughlin_____ |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone:  (413) 586-0865 |
| | BBO No. 556328 |

Page 1

## CERTIFICATE OF SERVICE

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the April 22, 2005, a copy of the foregoing was mailed first class to:

Scott S. Sinrich, Esquire
PHILLIPS, SILVER, TALMAN,
 AFRAME & SINRICH, P.C.
340 Main Street, Suite 900
Worcester, MA 01809-1695

                                                 /s/ John M. McLaughlin
                                                  John M. McLaughlin, Esq.